# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 16, 2010

*Before*

MICHAEL S. KANNE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

THERESA L. SPRINGMANN, *District Judge*[*]

No. 08-1401

JOSEPH PRICE,
      *Petitioner-Appellant*,

      *v.*

GUY PIERCE,
      *Respondent-Appellee*.

Appeal from the United States
District Court for the Northern
District of Illinois, Western Division.

No. 07 C 50111

Frederick J. Kapala,
*Judge*.

## ORDER

The slip opinion of August 13, 2010, is amended as follows:

On the top of page 10, second line, "§ 2255 " is deleted and replaced with "§ 2254."

---

[*] Hon. Theresa L. Springmann, District Judge for the Northern District of Indiana, sitting by designation.